FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUL 1 2 2017
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:17-00130 |
| | ) | |
| [1] JAMES WESLEY FRAZIER | ) | 18 U.S.C. § 2 |
| a/k/a "SLO-MO," | ) | 18 U.S.C. § 924(c)(1)(A) |
| a/k/a "SPECIAL" | ) | 18 U.S.C. § 1951 |
| | ) | 21 U.S.C § 841(a)(1) |
| [2] AELIX SANTIAGO | ) | 21 U.S.C § 846 |
| a/k/a "GOON" | ) | |
| a/k/a "BIG O" | ) | |
| a/k/a "BIG OFFITT" | ) | |
| | ) | |
| [3] KYLE HEADE | ) | |
| | ) | |
| [4] TIMOTHY GRANT | ) | |
| | ) | |
| [5] DUSTIN McCRACKEN | ) | |
| a/k/a "D" | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Beginning not later than on or about January 1, 2016, through on or about January 16, 2016, in the Middle District of Tennessee, **[1] JAMES WESLEY FRAZIER, a/k/a "SLO-MO," a/k/a "SPECIAL," [2] AELIX SANTIAGO, a/k/a "GOON," a/k/a "BIG O," a/k/a "BIG OFFITT," and [3] KYLE HEADE**, did combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly and intentionally possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of Oxymorphone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about January 16, 2016, in the Middle District of Tennessee, **[1] JAMES WESLEY FRAZIER, a/k/a "SLO-MO," a/k/a "SPECIAL," [2] AELIX SANTIAGO, a/k/a "GOON," a/k/a "BIG O," a/k/a "BIG OFFITT," and [3] KYLE HEADE**, did knowingly and intentionally attempt to possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of Oxymorphone, a Schedule II controlled substance all in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT THREE

On or about January 16, 2016, in the Middle District of Tennessee, **[1] JAMES WESLEY FRAZIER, a/k/a "SLO-MO," a/k/a "SPECIAL," [2] AELIX SANTIAGO, a/k/a "GOON," a/k/a "BIG O," a/k/a "BIG OFFITT," and [3] KYLE HEADE**, did knowingly use, carry, brandish, and discharge a firearm, that is a Smith and Wesson 9 millimeter handgun, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Conspiracy to Possess with Intent to Distribute Oxymorphone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FOUR

On or about January 16, 2016, in the Middle District of Tennessee, **[1] JAMES WESLEY FRAZIER, a/k/a "SLO-MO," a/k/a "SPECIAL,"** did knowingly and intentionally possess with intent to distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about January 16, 2016, in the Middle District of Tennessee, **[1] JAMES WESLEY FRAZIER, a/k/a "SLO-MO," a/k/a "SPECIAL,"** did knowingly possess a firearm, that is a Springfield Armory .45 caliber handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, 841(a)(1), as charged in Count Four of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIX

On or about January 16, 2016, in the Middle District of Tennessee, **[2] AELIX SANTIAGO, a/k/a "GOON," a/k/a "BIG O," a/k/a "BIG OFFITT,"** did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of Alprazolam, a Schedule IV controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

On or about January 16, 2016, in the Middle District of Tennessee, **[2] AELIX SANTIAGO, a/k/a "GOON," a/k/a "BIG O," a/k/a "BIG OFFITT,"** did knowingly possess a firearm, that is a PAP .45 caliber handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of Alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Six of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT EIGHT

On or about January 16, 2016, in the Middle District of Tennessee, **[4] TIMOTHY GRANT and [5] DUSTIN McCRACKEN, a/k/a "D,"** did combine, conspire, confederate, and agree with each other to unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b), and to commit and threaten physical violence to other persons, in furtherance of a plan and purpose to commit such a robbery.

In violation of Title 18, United States Code, Section 1951.

## COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about January 16, 2016, in the Middle District of Tennessee, **[4] TIMOTHY GRANT and [5] DUSTIN McCRACKEN, a/k/a "D,"** did attempt to unlawfully, obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code,

Section 1951(b), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b), and did threaten violence to other persons, in furtherance of a plan and purpose to commit such a robbery.

In violation of Title 18, United States Code, Sections 1951.

A TRUE BILL

FOREPERSON

JACK SMITH
Acting United States Attorney

KATHRYN RISINGER
Assistant United States Attorney